**Robert LUDLOW, Appellant,**

v.

**DIRECTOR OF REVENUE,**
**Respondent.**

**No. WD 59327.**

Missouri Court of Appeals,
Western District.

July 31, 2001.

Motion for Rehearing and/or Transfer to
Supreme Court Denied Oct. 2, 2001.

Application for Transfer Denied
Nov. 20, 2001.

Robert Ludlow, Kansas City, pro se.

Jeremiah W. (Jay) Nixon, Attorney General, Charles W. Hatfield, James R. Layton, Asst. Attys. Gen., Jefferson City, for Respondent.

Before EDWIN H. SMITH, P.J., and
HOWARD and HOLLIGER, JJ.

**Order**

PER CURIAM.

Robert Ludlow appeals from an Administrative Hearing Commission (AHC) decision rendered in Cole County, Missouri, pursuant to § 621.050.1 RSMo 2000. He asserts that the AHC erred in disallowing on his 1998 tax return a $769 credit, which resulted from an overpayment of his 1996 Missouri income taxes.

Judgment affirmed. Rule 84.16(b).